granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

BESSIE RUTKOFF and Others, Appellants, v. STONEPIT HOLDING CORPORATION, Respondent.— Order denying motion to strike out certain parts of answer affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

JOSEPH A. SCHAFFER, Respondent, v. JOSEPH LABITA, Defendant, and LEONARDO LABITA, Appellant.— Order granting, on condition, plaintiff's motion to vacate order dismissing the action for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

EUGENE G. SCHUMANN, Respondent, v. THE CITY OF NEW YORK and WILLIAM P. McDONALD CONSTRUCTION COMPANY, INC., Defendants, Impleaded with ERNEST LENZ and FRED HESSE, Individually and as Copartners Doing Business under the Firm Name and Style of LENZ & HESSE, and Another, Appellants. (Action No. 1.) EUGENE G. SCHUMANN, Respondent, v. THE CITY OF NEW YORK and WILLIAM P. McDONALD CONSTRUCTION COMPANY, INC., Defendants, Impleaded with ERNEST LENZ and FRED HESSE, Individually and as Copartners Doing Business under the Firm Name and Style of LENZ & HESSE, and Another, Appellants. (Action No. 2.) — Judgments as modified unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CLARIBEL F. STAEHR, Respondent, v. WALTER C. STAEHR, Appellant.— Order denying motion to modify judgment awarding alimony reversed on the law and motion granted. Judgment modified by providing that the alimony shall be thirty dollars per week from and after August 3, 1932, the return day of the motion. The court had power to entertain the motion. The judgment contained a provision for alimony, inserted therein at the instance of plaintiff. The court was not divested of jurisdiction to amend the judgment alimony provision because of the existence of an agreement containing a similar provision. (*Kunker* v. *Kunker*, 230 App. Div. 641.) An examination of the papers indicates that the resources of defendant have diminished, and in our opinion the amount of the alimony should be reduced from fifty dollars to thirty dollars per week. Appeal from order denying reargument dismissed. This determination is without prejudice to the rights, if any, that plaintiff may have under the agreement, concerning which we express no opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

PAUL VALENTINO, Respondent, v. JACOB ROSENBAUM, Appellant.— Judgment modified by striking therefrom all provisions relating to specific performance and by providing that plaintiff shall recover from defendant a money judgment only, to wit, a judgment for the sum of $700, with interest from February 2, 1931, and costs. As so modified the judgment is unanimously affirmed, without costs. Findings of fact and conclusions of law inconsistent herewith are reversed and appropriate findings and conclusions will be made. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. Settle order on notice.

FRANK WALKER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.